**Order entered August 10, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00417-CV

**KURT W. THOMPSON AND KAY ALYSON THOMPSON, Appellants**

**V.**

**FLORIDA WOOD TREATERS, INC., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14993**

## ORDER

We **GRANT** appellants' August 5, 2015 unopposed motion for extension of time to file

brief and **ORDER** the brief be filed no later than September 9, 2015.  No further extensions may

be granted absent exigent circumstances.

/s/ CRAIG STODDART
JUSTICE